LORENZ LEOPOLD, Respondent, *v.* ESTHER HALLHEIMER, Appellant, Impleaded with Others.

*Leopold* v. *Hallheimer*, 1 App. Div. 202, affirmed.
(Argued October 24, 1898; decided November 22, 1898.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered February 7, 1896, reversing a judgment in favor of defendant entered upon a decision of the court dismissing the complaint on trial at a Special Term of the late City Court of Brooklyn, and granting a new trial.

*M. Hallheimer* for appellant.

*Fernando Solinger* for respondent.

Order affirmed and judgment absolute ordered for plaintiff on the stipulation, with costs, on opinion below.
All concur.